UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:13–cr–00119–PLM

        v.                               Hon. Paul L. Maloney

BRUCE DUNNINGTON,

        Defendant.

_____/


# NOTICE OF HEARING


TAKE NOTICE that a hearing has been scheduled as set forth below:


Type of hearing(s):     Sentencing
Date/Time:            December 20, 2013   02:00 PM
Chief Judge:          Paul L. Maloney
Place/Location:       174 Federal Building, Kalamazoo, MI


                                         PAUL L. MALONEY
                                         Chief United States District Judge

Dated:  September 12, 2013      By: _/s/ Amy C. Redmond_____
                                   Case Manager